UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | EDPA Case No. 2:09-CR-178 |
| vs. | ) | EDTN Mag. No. 1:12-MJ-402 |
| | ) | |
| WALEIK FENNICKS | ) | JUDGE CARTER |

MEMORANDUM AND ORDER

     The defendant appeared for a hearing before the undersigned on December 12, 2012, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on a Violation of Supervised Release and Warrant for Arrest out of the Eastern District of Pennsylvania. Those present for the hearing included:

     (1) AUSA Gregg Sullivan for the USA.
     (2) The defendant, WALEIK FENNICKS.
     (3) Attorney Gianna Maio for defendant.
     (4) Deputy Clerk Kelli Jones.

     At both hearings, after being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

     It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Federal Defender Services of Eastern Tennessee, Inc. was APPOINTED to represent the defendant. It was ascertained defendant had been provided with a copy of the Violation and Warrant and had the opportunity of reviewing those documents with his attorney. It was determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

     AUSA Sullivan respectively moved defendant be detained without bail pending a hearing in the Eastern District of Pennsylvania.

Findings

(1) The defendant waived his identity hearing and preliminary hearing. The defendant asked to have both hearings on the Violation in the Eastern District of Pennsylvania.

1

Conclusion

It is ORDERED:

(1) Defendant shall be DETAINED WITHOUT BAIL pending his transfer to the Eastern District of Pennsylvania.

(2) The U.S. Marshal shall transport defendant to the Eastern District of Pennsylvania for a hearing on a date to be determined once defendant is in said district.

ENTER.

                                        S/*William B. Mitchell Carter*
                                        UNITED STATES MAGISTRATE JUDGE

2

Case 1:12-mj-00402-WBC   Document 5   Filed 12/14/12   Page 2 of 2   PageID #: 9